LUIGGI MONTELLO, Appellant, *v.* KRAUS & SILVERMAN, Respondent.

(Argued October 7, 1931; decided October 23, 1931.)

*James F. Donnelly, Alfred W. Andrews* and *T. J. Gillen* for appellant.

*Harold R. Medina, Harold R. Oakes, William F. McNulty* and *Wiliam Butler* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and new trial granted, with costs to abide the event, upon the ground that the evidence, unexplained, is sufficient to sustain an inference by the jury that the hammer striking the plaintiff was dropped by the defendant's servant; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.